**Order entered February 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01199-CR

**PETER PHUC HONG TRAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81478-2012**

## ORDER

The Court **REINSTATES** the appeal.

On January 7, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel; (3) court reporter Janet Dugger's explanation for the delay in filing the record is her workload and family health issues; and (4) Ms. Dugger can file the record by March 10, 2014.

We **ORDER** Janet Dugger, official court reporter of the 296th Judicial District Court, to file the reporter's record by **MARCH 10, 2014**. The record is already more than four months overdue from its original due date, and the appeal cannot proceed until the reporter's record is

filed. Therefore, if the record is not filed by the date specified, the Court will order that Janet Dugger not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Janet Dugger, official court reporter, 296th Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE